**Order filed, June 17, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00493-CV
_____

## MARLENE OCTAVIA KNIGHT, Appellant

## V.

## WE CARE KIDS CARE, PLLC AND LISA H. CATNEY, INDIVIDUALLY AND AS OWNER OF WE CARE KIDS CARE, PLLC, Appellee

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2011-39498**

## ORDER

The reporter's record in this case was due **June 03, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Rhonda Armbruster**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM